**DISMISSED and Opinion Filed August 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00688-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**KEMONE RODGERS, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA16-18372-G**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

Before the Court is the State's motion to dismiss the State's appeal. We grant the motion,

and we dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190688F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-19-00688-CR     V.

KEMONE RODGERS, Appellee

On Appeal from the County Criminal Court No. 6, Dallas County, Texas
Trial Court Cause No. MA16-18372-G.
Opinion delivered by Justice Carlyle,
Justices Myers and Molberg participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 7th day of August, 2019.